writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. James C. Davis* and *Mr. Charles A. Helsell* for petitioners. *Mr. Dennis M. Kelleher* for respondent.

No. 956. MISSISSIPPI CENTRAL RAILROAD COMPANY *v.* LAURA LOTT, ADMINISTRATRIX, ETC. May 5, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. S. E. Travis* for petitioner. No appearance for respondent.

No. 958. JAMES DORSEY *v.* UNITED STATES. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Benjamin C. Bachrach* for petitioner. *Mr. Assistant Attorney General Porter* and *Mr. H. S. Ridgely* for the United States.

No. 959. DENNIS KELLEY ET AL. *v.* UNITED STATES. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Ralph Crews, Mr. Judson Harmon* and *Mr. E. H. Moore* for petitioners. *Mr. Assistant Attorney General Porter* and *Mr. W. C. Herron* for the United States.

No. 963. HELEN K. KINNEY *v.* OAHU SUGAR COMPANY, LIMITED. May 5, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. David L. Withington, Mr. E. Hasket Derby, Mr. Alexander Britton* and *Mr. Evans Browne*